# EXHIBIT B

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```
In re:

BAILEY BUONIELLO,

      Debtor.

Chapter 7

Case No.: 8-24-74425-las

```
-----------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
      )ss:
COUNTY OF NASSAU )

  **ANDREA FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Commack, New York.

  On March 27, 2025, service of the ***Subpoena for Rule 2004 Examination, Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Josh Guberman to Issue Subpoenas Directing Examination of and Production of Documents by a Responsible Party of Whatnot Inc. and Application an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Josh Guberman to Issue Subpoenas Directing Examination of and Production of Documents by a Responsible Party of Whatnot Inc.*** was caused to be served upon:

Responsible Party
Whatnot Inc.
578 Washington Boulevard
#1019
Marina Del Ray, California 90292

Attn: Officer, managing agent or person
Authorized to accept service
Whatnot Inc.
578 Washington Boulevard
#1019
Marina Del Ray, California 90292

8527967.1

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express within New York State, addressed to the entity at the last known address set forth above.

/s/ Andrea Follett
**ANDREA FOLLETT**

Sworn to before me this
27th day of March, 2025
/s/ Jill Kronfeld
JILL KRONFELD
Notary Public, State of New York
No.01KR6256035
Qualified in Nassau County
Commission Expires Feb. 21, 2028



May 09, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880124054628

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | Z.Rodriguez | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday | | MARINA DEL REY, CA, |
| | | Delivery date: | Mar 31, 2025 09:42 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 880124054628 | Ship Date: | Mar 27, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:  
MARINA DEL REY, CA, US,

Shipper:  
EAST MEADOW, NY, US,

Reference                 56983.0001

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx



June 12, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880124085362

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | Z.Rodriguez | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday | | MARINA DEL REY, CA, |
| | | Delivery date: | Mar 31, 2025 09:42 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 880124085362 | Ship Date: | Mar 27, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:  
MARINA DEL REY, CA, US,

Shipper:  
EAST MEADOW, NY, US,

Reference     56983.0001

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx