# EXHIBIT C



# CertilmanBalin

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

RICHARD J. MCCORD
PARTNER
DIRECT DIAL 516.296.7801
rmccord@certilmanbalin.com

**VIA CERTIFIED MAIL AND
FIRST CLASS MAIL**

May 9, 2025

Responsible Party
Whatnot Inc.
578 Washington Blvd, #1019
Marina Del Ray, California 90292

Attn: Officer, managing agent or
Person authorized to accept service
Whatnot Inc.
578 Washington Blvd, #1019
Marina Del Ray, California 90292

          Re:    **Baily Buoniello**
                 **Chapter 7**
                **Case No.: 24-74425-las**

Dear Sir/Madam:

      Certilman Balin Adler & Hyman, LLP represents Josh Guberman in connection with the above referenced matter. On March 31, 2025, the enclosed Subpoena for Rule 2004 Examination ("Subpoena") was served upon Whatnot Inc. via federal express, proof of service enclosed herein. Pursuant to the Subpoena, documents were to be received by this office from Whatnot Inc. on April 17, 2025, at 10:00 a.m.

      Please advise as to when you will comply with this Subpoena and turnover the documentation requested therein.

      Thank you for your cooperation in this matter

                                          Very truly yours,

                                          RICHARD J. MCCORD

Encl.
RJM:af

8563650.1