# EXHIBIT F

# CertilmanBalin

90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
phone: 516.296.7000 • fax: 516.296.7111
www.certilmanbalin.com

Richard J. McCord
PARTNER
Direct Dial 516.296.7801
rmccord@certilmanbalin.com

**VIA EMAIL (cwallshein@wallsheinlegal.com)**

May 2, 2025

Charles H. Wallshein, Esq.
35 Pinelawn Road, Suite 106E
Melville, New York 11747

                    **Re:**    **Bailey Buoniello**
                              **Chapter 7**
                              **Case No.: 24-74425-las**

Dear Mr. Wallshein:

      Enclosed herein please find the transcript of your client, Michele Silverman, which took place on April 17, 2025, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, in connection with the above referenced matter.

      Please have your client review the transcript, make any corrections, if any, identify and explain said corrections on the errata sheet on Page 54, sign before a notary public, and return to the undersigned the executed page. Please have your client provide any information and documents requested at the examination, including but not limited to the following:

1. How many employees did Ms. Silverman have in 2021?
2. When did Ms. Silverman stop working for Live Poke Auctions? When did they close?
3. Who is Madeline from Ms. Silverman's office, where does she live?
4. Documents pertaining to the ownership interest in Live Poke Auctions;
5. All documents utilized to prepare the tax returns for Live Poke Auctions;
6. Bank statements and cancelled checks for Live Poke Auctions;
7. Records reflecting how many times Silverman & Associates met with Kristin Puzzele;
8. Records that indicate a payment to Bailey Buoniello from Live Poke Auctions;

Please provide the requested information and documentation by May 21, 2025. This will confirm that the continued 2004 examination of Ms. Silverman is scheduled for May 28, 2025, at 12:00 p.m. This examination will be held virtually.

CERTILMAN BALIN

Page 2
Charles Wallshein, Esq.
May 2, 2025

    If you should have any questions, please contact this office. Thank you for your cooperation in this matter.

Very truly yours,

RICHARD J. MCCORD

Encl.
RJM:af

8556737.1