UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

BAILEY BUONIELLO,

                  Debtor.

Chapter 7
Case No.: 24- 74425-las

----------------------------------------------------------------X

**ORDER (I) DIRECTING A RESPONSIBLE PARTY OF WHATNOT INC. TO COOPERATE AND COMPLY WITH THE SUBPOENA FOR RULE 2004 EXAMINATION AND TURNOVER DOCUMENTS; AND (II) ORDER DIRECTING MICHELE SILVERMAN TO COOOPERATE AND COMPLY WITH THE SUBPOENA FOR RULE 2004 EXAMINATION AND TURNOVER DOCUMENTS**

**APPLICATION HAVING BEEN MADE** (Dkt. No. __) by Josh Guberman ("Guberman") a creditor of Bailey Buoniello (the "Debtor"), by and through his counsel Certilman Balin Adler & Hyman, LLP, as and for his application (the "Application") pursuant to 11 U.S.C. §105 and Rules 2004 and 9014 of the Federal Rules of Bankruptcy for an Order (i) directing a responsible party of Whatnot Inc., ("Whatnot") to cooperate with Guberman, comply with the Subpoena for Rule 2004 Examination dated March 27, 2025 and served on March 31, 2025, and turnover the documents requested therein and appear for an examination; (ii) directing Michele P. Silverman of Silverman & Associates ("Silverman"), to cooperate with Guberman, comply with the Subpoena for Rule 2004 Examination dated March 18, 2025 and served on March 31, 2025, and turnover the documents requested therein and appear for an examination; and (iii) for such, other further and related relief as the Court deems just, proper and equitable (the "Motion"); and upon said Motion having been served upon the Debtor, Debtor's Counsel, the Office of the United States Trustee, Whatnot, Michele Silverman, counsel for Michele Silverman and all parties that filed a notice of appearance, and

1

8584718.1

**UPON**, a hearing having been conducted before the Honorable Louia A. Scarcella, United States Bankruptcy Judge for the Eastern District of New York, at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 970, Central Islip, New York 11722 on July 15, 2025 and Certilman Balin Adler & Hyman, LLP, having appeared on behalf of Guberman in support thereof, and there being no opposition thereto, it is hereby

**ORDERED**, that a responsible party of Whatnot, is hereby directed to cooperate with Guberman and turn over all documents requested in the Subpoena for Rule 2004 Examination dated March 27, 2025, within twenty (20) days of the entry of this Order, and appear for an examination as to be scheduled by Guberman; and it is further

**ORDERED**, that Silverman, is hereby directed to cooperate with Guberman and turn over all documents requested in the Subpoena for Rule 2004 Examination dated March 18, 2025, and supplemental request dated May 2, 2025, within twenty (20) days of the entry of this Order, and appear for an examination as to be scheduled by Guberman.