UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

BAILEY BUONIELLO,

                Debtor.

-----------------------------------------------------------------X

Chapter 7
Case No.: 24-74425-las

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                       )ss:
COUNTY OF NASSAU )

       **ANDREA FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Commack, New York.

       On June 18, 2025, service of the *Notice of Hearing and Affirmation in Support for an Order (i) Directing a Responsible Party of Whatnot Inc to Cooperate and Comply with the Subpoena for Rule 2004 Examination and Turnover Documents; and (ii) Order Directing Michele Silverman to Cooperate and Comply with the Subpoena for Rule 2004 Examination and Turnover Documents* was made upon:

**THE ATTACHED LIST OF PARTIES IN INTEREST**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

                                                             /s/ Andrea Follett
                                                             **ANDREA FOLLETT**

Sworn to before me this
18th day of June, 2025
/s/ Jill Kronfeld
JILL KRONFELD
Notary Public, State of New York
No.01KR6256035
Qualified in Nassau County
Commission expires Feb 21. 2028

8588316.1

**Bailey Buoniello**
17 Brianna Court
East Moriches, NY 11940

**Bruce P Vetri, Esq.**
606-C Montauk Highway
Bayport, NY 11705

**Marc A. Pergament, Esq.**
Marc A. Pergament, Trustee
400 Garden City Plaza
Ste 309
Garden City, NY 11530

**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

Responsible Party
Whatnot Inc.
578 Washington Boulevard
#1019
Marina Del Ray, California 90292

Attn: Officer, managing agent or person
Authorized to accept service
Whatnot Inc.
578 Washington Boulevard
#1019
Marina Del Ray, California 90292

Whatnot Inc.
c/o Incorporating services Ltd
3500 S Dupont Hwy
Dover, Delaware 19901

President
Whatnot Inc.
578 Washington Boulevard
#1019
Marina Del Ray, California 90292

8589235.1

Michele Silverman
Silverman & Associates
15 Frowein Road, Bldg A3
Center Moriches, New York 11940

Charles Wallshein, Esq.
35 Pinelawn Road, Suite 106E
Melville, New York 11747

8589235.1